IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>QUICKEN LOANS INC.,<br><br>        Defendant. | Civil Action No. 1:15-cv-00613-RBW<br><br>**HEARING REQUESTED** |

**DEFENDANT QUICKEN LOANS INC.'S MOTION TO
STAY OR TRANSFER IN LIGHT OF A FIRST-FILED
<u>ACTION PENDING IN THE EASTERN DISTRICT OF MICHIGAN</u>**

Because a first-filed and largely overlapping lawsuit between the parties to this case is already pending in the United States District Court for the Eastern District of Michigan, Defendant Quicken Loans Inc. ("Quicken Loans"), by and through its undersigned counsel, hereby respectfully requests that the Court (1) stay this action in order to allow the Eastern District of Michigan to address which court (the Eastern District of Michigan or this Court) is the appropriate forum to adjudicate the parties' dispute, or (2) in the alternative, transfer this action to the United States District Court for the Eastern District of Michigan.  The grounds for this motion are set forth in the attached Memorandum of Points and Authorities in Support of Quicken Loans' Motion to Stay or Transfer in Light of a First-Filed Action Pending in the Eastern District of Michigan.

Dated:       April 29, 2015

        Respectfully submitted,

        QUICKEN LOANS INC.

        By its attorneys,

        <u>/s/Jeffrey B. Morganroth</u>
        Jeffrey B. Morganroth
        **MORGANROTH & MORGANROTH, PLLC**
        344 North Old Woodward Avenue
        Suite 200
        Birmingham, MI 48009
        Tel.:  248.864.4000
        Fax.:  248.864.4001
        jmorganroth@morganrothlaw.com
        D.C. Bar. No. 421684

        Thomas M. Hefferon
        **GOODWIN PROCTER LLP**
        901 New York Avenue, NW
        Washington, DC  20001
        Tel.:  202.346.4000
        Fax.:  202.346.4444
        thefferon@goodwinprocter.com
        D.C. Bar. No. 461750

## CERTIFICATE OF COMPLIANCE WITH L.R. 7(m)

Prior to filing this motion, counsel for Quicken Loans conferred with counsel for the United States to determine whether there was any opposition to the relief sought and, whether any areas of disagreement could be narrowed, but the parties were unable to come to any agreement and this motion is opposed.

Dated:  April 29, 2015

/s/Jeffrey B. Morganroth<br>Jeffrey B. Morganroth

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, a copy of Quicken Loans Inc.'s Motion to Stay or Transfer in Light of a First-Filed Action Pending in the Eastern District of Michigan was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

/s/Jeffrey B. Morganroth<br>Jeffrey B. Morganroth