IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUICKEN LOANS INC.,<br><br>　　　　Defendant. | Civil Action No. 1:15-cv-00613-RBW |

### DEFENDANT QUICKEN LOANS INC.'S CERTIFICATE UNDER LCvR 7.1

　　I, the undersigned, counsel of record for Quicken Loans Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Quicken Loans Inc., which have any outstanding securities in the hands of the public:  None.

Dated:　　May 5, 2015

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　QUICKEN LOANS INC.

　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　/s/Jeffrey B. Morganroth
　　　　　　　　　　　　　　　　　　　　　Jeffrey B. Morganroth
　　　　　　　　　　　　　　　　　　　　　**MORGANROTH & MORGANROTH, PLLC**
　　　　　　　　　　　　　　　　　　　　　344 North Old Woodward Avenue
　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　　　　Tel.: 248.864.4000

Fax.:  248.864.4001
jmorganroth@morganrothlaw.com
D.C. Bar. No. 421684

Thomas M. Hefferon
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC  20001
Tel.:  202.346.4000
Fax.:  202.346.4444
thefferon@goodwinprocter.com
D.C. Bar. No. 461750

## **CERTIFICATE OF SERVICE**

      I, Jeffrey B. Morganroth, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 5, 2015.

                                                  /s/ Jeffrey B. Morganroth