UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-0613 (RBW) |
| QUICKEN LOANS INC., | ) ) | |
| Defendant. | ) ) ) | |

**ERRATA TO UNITED STATES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO QUICKEN LOANS INC.'S MOTION TO STAY OR TRANSFER**

The United States of America respectfully submits this Errata to correct an inadvertent typographical error in the Declaration of Christopher R.B. Reimer, Esq. (R.13-14) (the "Reimer Declaration") submitted in support of the United States' response to the Court's Order to Show Cause and opposition to Quicken's[1] motion to stay or transfer (R.12, 13, the "Opposition"). As noted in the attached Supplemental Declaration of Christopher R.B. Reimer, Esq., Quicken first provided the United States a courtesy copy of the Preemptive Suit on April 18, 2015, not April 21, 2015, as the Reimer Declaration initially noted. *See* Supp. Reimer Decl. enclosed herewith.

\* \* \*

---

[1] Defined terms used herein are intended to have the same meaning as those used in the United States' Opposition.

Dated: May 19, 2015
Washington, DC

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR., D.C. Bar #471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division, U.S. Attorney's Office

By:     */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

JAMIE L. MENDELSON
Special Assistant United States Attorney
1225 17th St, Suite 700
Denver, CO 80202
(303) 454-0100

MICHAEL D. GRANSTON
RENÉE BROOKER
SAMUEL J. BUFFONE
CHRISTOPHER R. B. REIMER
JOHN W. BLACK
DANIEL HUGO FRUCHTER
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 616-2945

*Attorneys for the United States of America*