UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 15-0613 (RBW) |
| QUICKEN LOANS INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO TRANSFER IN PREEMPTIVE SUIT**

The United States of America respectfully submits this Notice to inform the Court of its filing of a motion to dismiss or, in the alternative, to transfer in the Preemptive Suit[1] currently pending in the United States District Court for the Eastern District of Michigan. Through its motion, a copy of which is enclosed herewith, the United States seeks to dispose of the Preemptive Suit or to transfer it to this Court should any claims survive dismissal.

\* \* \*

---

[1] Defined terms used herein are intended to have the same meaning as those used in the United States' Opposition to Defendant's motion to stay or transfer.

Dated: May 27, 2015
      Washington, DC

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

    VINCENT H. COHEN, JR., D.C. Bar #471489
    Acting United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division, U.S. Attorney's Office

    By:    */s/ Brian P. Hudak*
        BRIAN P. HUDAK
        Assistant United States Attorney
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-2549

    JAMIE L. MENDELSON
    Special Assistant United States Attorney
    1225 17th St, Suite 700
    Denver, CO 80202
    (303) 454-0100

    MICHAEL D. GRANSTON
    RENÉE BROOKER
    SAMUEL J. BUFFONE
    CHRISTOPHER R. B. REIMER
    JOHN W. BLACK
    DANIEL HUGO FRUCHTER
    Attorneys, Commercial Litigation Branch
    P.O. Box 261, Ben Franklin Station
    Washington, DC 20044
    (202) 616-2945

    *Attorneys for the United States of America*